```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

_____
                              :
IAN RESNICK,                  :
                              :
        Petitioner,           :    Civ. No. 21-19571 (NLH)
                              :
    v.                        :    **MEMORANDUM OPINION & ORDER**
                              :
                              :
UNITED STATES OF AMERICA,     :
                              :
        Respondent.           :
_____:

APPEARANCE:

Ian Resnick
55032-004
FCI Fairton
P.O. Box 420
Fairton, NJ 08320

        Petitioner Pro se

Philip R. Sellinger, United States Attorney
R. David Walk, Jr., Assistant U.S. Attorney
United States Attorney's Office for the District of New Jersey
401 Market Street
P.O. Box 2098
Camden, NJ 08101

        Attorneys for Respondent


HILLMAN, District Judge

    WHEREAS, Petitioner Ian Resnick filed a motion to correct, vacate, or set aside his federal sentence pursuant to 28 U.S.C. § 2255, see ECF No. 1; and

    WHEREAS, the Court ordered Respondent to answer the petition, see ECF No. 4; and

WHEREAS, Respondent filed its answer on December 21, 2021, ECF No. 5; and

WHEREAS, Petitioner filed a motion requesting an extension of time to file his response to the answer, ECF No. 6,

THEREFORE, IT IS on this 29th day of December, 2021

ORDERED that Petitioner's request for an extension, ECF No. 6, is granted.  The answer is due February 22, 2022; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.

At Camden, New Jersey                      s/ Noel L. Hillman
                                           NOEL L. HILLMAN, U.S.D.J.